# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Peter Carroll, Presiding
### Courtroom 304 Calendar

**Wednesday, January 20, 2010**                                              **Hearing Room 304**

**1:30 pm**
**6:09-41780**    **Jorge A Melgar Henriquez**                                              **Chapter 13**
#50.00    Hrg. on Debtor's Motion filed 12/31/09 to extinguish second deed of trust (lien) of HOMEQ Servicing

EH_____
                        Docket #:    15


**Matter Notes:**

( ) **Granted**                    (X) **Denied**

(X) Tentative / (Final Ruling) is Final Order of the Court

( ) Based on findings of fact and conclusions of law made on the record

( ) **Stipulation** by the parties with respect to relief sought to be filed with the court within 7 days

( ) **Continuance** - Hearing on the motion is continued to _____
    at _____ a.m./p.m.

( ) **Off Calendar**

( ) **Other**


**Courtroom Deputy:**
- NONE LISTED -

**Tentative Ruling:**
    None.

    **Final Ruling.** This motion has been filed and set for hearing pursuant to LBR 9013-1(d).

# United States Bankruptcy Court
## Central District of California

Riverside

Judge Peter Carroll, Presiding

Courtroom 304 Calendar

**Wednesday, January 20, 2010**                                        Hearing Room  304

**1:30 pm**

**Cont....    Jorge A Melgar Henriquez**                                        **Chapter 13**

No response has been filed in opposition to the motion.  **No appearance is necessary**.

LBR 9013-1(d)(2) requires that the notice of motion and motion be filed and served not later than 21 days before the hearing date designated in the notice. In this case, the proofs of service attached to the notice and motion indicate that movant served the notice of motion and motion on December 31, 2009, only 20 days before the date of the hearing. Because notice was not given in accordance with LBR 9013-1(d)(2), the motion is taken off calendar.

### Party Information

**Debtor(s):**

Jorge A Melgar Henriquez                    Represented By

Shakeal  Masoud

**Movant(s):**

Jorge A Melgar Henriquez                    Represented By

Shakeal  Masoud

**Trustee(s):**

Rod (PC) Danielson